ACCEPTED
12-14-00294-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
9/1/2015 8:26:58 AM
CATHY LUSK
CLERK

FILE COPY



# TWELFTH COURT OF APPEALS

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
CATHY S. LUSK

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
9/1/2015 8:26:58 AM
CATHY S. LUSK
Clerk

August 24, 2015

Ms. Kelley Price
County Clerk, Wood County
P O Box 1796
Quitman, TX 75783-1796
* DELIVERED VIA E-MAIL *

**RE:**   Case Number:                12-14-00294-CR
Trial Court Case Number:   35906

**Style:**   Jackie Mae Cornwell
v.
The State of Texas

Pursuant to Rule 18.1 of the Texas Rules of Appellate Procedure, enclosed herewith is the Mandate issued in the above cause. When the District or County Clerk has executed the Mandate in accordance with the opinion of this Court, the Clerk is requested to fill in the information below and to return the attached copy to this office.

Very truly yours,

CATHY S. LUSK, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk

C Mr. Henry G. Whitley Jr. (DELIVERED VIA E-MAIL)
C Mr. Troy A. Hornsby (DELIVERED VIA E-MAIL)
:

Mandate executed on ___31st___ day of ___AUGUST___, 2015.

Brief explanation of action taken: MANDATE WAS ENTERED INTO CASE#35,906 AND A

CAPIAS WAS ISSUED TO CONCLUDE THE JUDGMENT OF THIS COURT ~~District~~/County Clerk

1517 WEST FRONT STREET • SUITE 354 • TYLER, TX 75702 • TEL: 903-593-8471 • FAX: 903-593-2193
*Serving Anderson, Angelina, Cherokee, Gregg, Henderson, Houston, Nacogdoches, Rains, Rusk, Sabine, San Augustine, Shelby, Smith, Trinity, Upshur, Van Zandt and Wood Counties*
www.12thcoa.courts.state.tx.us